UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAY - 1 2013

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | 4:13CR00164RWS |
| TIMOTHY ANDERSON, | ) | Counts One & Seven |
| JOSE RIVERA, | ) | Count One |
| DERRICK MILLER, a/k/a "Pooh," | ) | Counts One, Two, Three, Four & Five |
| MICHAEL JOHNSON, | ) | Count One |
| QUINTIN MACK, | ) | Count One |
| RAUL DIAZ, a/k/a "Geico," | ) | Counts One & Eight |
| FRED WALKER, | ) | Count One |
| SEAN MORRIS, | ) | Counts One & Six |
| OSCAR MIMS, and | ) | Count One |
| REGINALD BOND, | ) | Count One |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

**COUNT ONE**
**CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
DISTRIBUTE HEROIN**

The Grand Jury charges that:

A.      Beginning at a time unknown but including the period from early 2011 and

continuing thereafter until the date of this Indictment, with the exact dates unknown to this Grand

Jury, in the City of St. Louis and St. Louis County, in the Eastern District of Missouri and

elsewhere,

**TIMOTHY ANDERSON,
JOSE RIVERA
DERRICK MILLER, a/k/a "Pooh,"
MICHAEL JOHNSON,
QUINTIN MACK,
RAUL DIAZ, a/k/a "Geico,"
FRED WALKER,
SEAN MORRIS,
OSCAR MIMS, and
REGINALD BOND,**

the defendants herein, did knowingly and willfully conspire, combine, confederate and agree with each other and with other persons known and unknown to this Grand Jury, to commit offenses against the United States to wit: to distribute and possess with intent to distribute heroin, a Schedule I Narcotic controlled substance drug, in violation of Title 21, United States Code, Section 841(a)(1).

B.   MANNER AND MEANS OF THE CONSPIRACY

The defendants accomplished and attempted to accomplish the objects of the conspiracy in the following manner and through the following means:

1.   It is part of said drug trafficking conspiracy that members of the conspiracy arranged for the transportation of large amounts of heroin from Illinois to the St. Louis, Missouri area for distribution.

2.   It is part of said drug trafficking conspiracy that members of the conspiracy would transport large amounts of U.S. currency, which was proceeds from the sale of heroin, from St. Louis, Missouri to Illinois as payment for the heroin.

3.   It is part of said drug trafficking conspiracy that members of the conspiracy used cellular telephones to arrange for obtaining, purchasing, transporting and distributing heroin.

4.   It is part of said drug trafficking conspiracy that TIMOTHY ANDERSON served as the leader of a drug distribution organization in the St. Louis, Missouri area.

5.   It is part of said drug trafficking conspiracy that TIMOTHY ANDERSON repeatedly used a telephone to cause and facilitate the distribution and possession with intent to distribute heroin.

6.   It is further part of said drug trafficking conspiracy that JOSE RIVERA served as a source of supply of heroin to the conspiracy.

2

7.     It is further part of said drug trafficking conspiracy that JOSE RIVERA repeatedly used a telephone to cause and facilitate the distribution and possession with intent to distribute heroin.

8.     It is part of said drug trafficking conspiracy that DERRICK MILLER served as a distributor of heroin for the conspiracy.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and

The quantity of heroin involved in the offense was in excess of one (1) kilogram, punishable under Title 21, United States Code, Section 841(b)(1)(A).

## COUNT TWO
## DISTRIBUTION OF HEROIN

The Grand Jury further charges that:

On or about February 11, 2011, in St. Louis County, in the Eastern District of Missouri, the defendant,

### DERRICK MILLER, a/k/a "Pooh,"

did knowingly and intentionally distribute heroin, a Schedule I narcotic controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
## DISTRIBUTION OF HEROIN

The Grand Jury further charges that:

On or about February 22, 2011, in St. Louis County, in the Eastern District of Missouri, the defendant,

### DERRICK MILLER, a/k/a "Pooh,"

did knowingly and intentionally distribute heroin, a Schedule I narcotic controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
## DISTRIBUTION OF HEROIN

The Grand Jury further charges that:

On or about January 13, 2012, in St. Louis County, in the Eastern District of Missouri, the

defendant,

### DERRICK MILLER, a/k/a "Pooh,"

did knowingly and intentionally distribute heroin, a Schedule I narcotic controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
## DISTRIBUTION OF HEROIN

The Grand Jury further charges that:

On or about January 31, 2012, in St. Louis County, in the Eastern District of Missouri, the

defendant,

### DERRICK MILLER, a/k/a "Pooh,"

did knowingly and intentionally distribute heroin, a Schedule I narcotic controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
## POSSESSION WITH INTENT TO DISTRIBUTE OF HEROIN

The Grand Jury further charges that:

On or about February 13, 2012, in St. Louis County, in the Eastern District of Missouri,

the defendant,

### SEAN MORRIS,

did knowingly and intentionally possess with intent to distribute heroin, a Schedule I narcotic

controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

4

## COUNT SEVEN
## POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

The Grand Jury further charges that:

On or about March 14, 2012, in the City of St. Louis, in the Eastern District of Missouri, the defendant,

### TIMOTHY ANDERSON,

did knowingly and intentionally possess with the intent to distribute heroin, a Schedule I narcotic controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT
## POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

The Grand Jury further charges that:

On or about June 29, 2012, in the City of St. Louis, in the Eastern District of Missouri, the defendant,

### RAUL DIAZ, a/k/a "Geico,"

did knowingly and intentionally possess with the intent to distribute heroin, a Schedule I narcotic controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1); and

The quantity of heroin involved in the offense was in excess of one hundred (100) grams, punishable under Title 21, United States Code, Section 841(b)(1)(B).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count I of

this Indictment, the defendants shall forfeit to the United States of America any property,

constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a

result of such violation and any property used, or intended to be used, in any manner or part to

commit or to facilitate the commission of such offenses.

        a.      Subject to forfeiture is a sum of money equal to the total value of property

constituting, or derived from, any proceeds obtained directly or indirectly as a result of the

offense alleged in Count I.

    2.      The specific property subject to forfeiture includes, but is not limited to:

Currency

(a)      $ 2,640.00 in U.S. currency;

Vehicle

(f)      2007 Cadillac Escalade,  VIN: 3GYFK62867G275348.

    3.      If the property described above, as a result of any act or omission of the

defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without

            difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

                                              A TRUE BILL.


                                              _____

                                              FOREPERSON


RICHARD G. CALLAHAN
United States Attorney


_____
KENNETH R. TIHEN, #37325MO
Assistant United States Attorney

7